UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ARTHUR GRICE,

        Petitioner,

Case No. 1:24-cv-1200

v.

Honorable Paul L. Maloney

JACOB LAFAVE,

        Respondent.

_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** for failure to raise a meritorious federal claim.

Dated: July 14, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge